In the Matter of AGNES V. BIRMINGHAM, Appellant, against FRANK P. GRAVES, State Commissioner of Education, Respondent.

(Argued January 12, 1931; decided February 10, 1931.)

*Benjamin Deutsch* and *Isidore Scherer* for appellant.
*Ernest E. Cole* and *Irwin Esmond* for respondent.
*Arthur J. W. Hilly, Corporation Counsel (William E. C. Mayer* of counsel), for the Board of Education of the city of New York, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.